UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANN ELIZABETH PALMER, | CIVIL NO. 04-1330-HA |
| Plaintiff, | ORDER |
| v. | |
| STATE OF OREGON, UNIVERSITY SYSTEM, WESTERN OREGON UNIVERSITY, a public corporation, WESTERN OREGON UNIVERSITY, a division of the State of Oregon, OREGON STATE BOARD OF HIGHER EDUCATION, acting by and through WESTERN OREGON UNIVERSITY, | |
| Defendants. | |

On July 6, 2006, the Court heard oral argument on defendant's Motion for Summary Judgment [33] and defendant's Motion to Strike [40]. During oral argument, plaintiff's counsel conceded that defendants are entitled to Eleventh Amendment immunity with respect to plaintiff's State law claims.

Therefore, the Court grants defendant's Motion for Summary Judgment with respect to plaintiff's State law claims. In all other respects, defendant's Motion for Summary Judgment [33] is denied.

Page - 1   ORDER

Defendant's Motion to Strike [40] is denied.

DATED this 1st day of August, 2006.

                                              _/s/Ancer L.Haggerty_____
                                                      Ancer L. Haggerty
                                          Chief U. S. District Court Judge